JANUARY 14, 2002

No. 128, Orig. ALASKA v. UNITED STATES. Report of the Special Master on motion of Franklin H. James et al. for leave to

intervene received and ordered filed. Motion of Franklin H. James et al. for leave to intervene denied. [For earlier order herein, see, *e. g., ante*, p. 1017.]